1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| JAN WOJTASZEK, | CASE NO. 12-cv-227-MMA (JMA) |
|---|---|
| Plaintiff, | **ORDER GRANTING MOTION TO PROCEED IN FORMA PAUPERIS;** |
| vs. | [Doc. No. 13] |
| TRAMVIEW INVESTORS, | **DISMISSING COMPLAINT WITH PREJUDICE** |
| Defendant. | |

On January 27, 2012, Plaintiff Jan Wojtaszek, proceeding *pro se*, filed the above-captioned action against Tramview investors. [Doc. No. 1.] Along with the complaint, Plaintiff filed a motion to appoint counsel. [Doc. No. 2.] On February 2, 2012, the Court *sua sponte* dismissed the action for lack of subject matter jurisdiction and denied the motion for appointment of counsel as moot. [Doc. No. 3.] Plaintiff later filed a document which the Court construed as a first amended complaint ("FAC"). [Doc. No. 9.] Subsequently, the Court ordered Plaintiff to pay the filing fee or move to proceed in forma pauperis ("IFP"). [Doc. No. 11.] On April 3, 2012, Plaintiff submitted a motion to proceed IFP. [Doc. No. 13.]

Based on the information provided by Plaintiff, pursuant to 28 U.S.C. § 1915(a), the Court **GRANTS** Plaintiff's IFP motion. The Court is obligated to review a complaint filed IFP *sua sponte* and must dismiss the action if it determines that the complaint is frivolous, malicious, or fails to state a claim for relief. *See* 28 U.S.C. § 1915(e)(2). After careful review, the Court finds

1  that Plaintiff's complaint is frivolous and void of any plausible claims for relief.  The FAC is
2  rambling and incoherent and does not provide a statutory or legal basis for Plaintiff's claims.  The
3  FAC appears to be a document previously filed in the United States Court of Appeals in St. Louis,
4  Missouri and alleges the same factual allegations as those in the original complaint filed in the
5  present action.  Although the Court is sympathetic to Plaintiff's apparent unfortunate
6  circumstances, the allegations set forth in the FAC do not state a valid claim upon which relief can
7  be granted.  Furthermore, Plaintiff still fails to provide any basis for the Court's subject matter
8  jurisdiction over the action.  Because "it is absolutely clear that the deficiencies of the complaint
9  could not be cured by amendment," the Court **DISMISSES** the complaint **with prejudice**.
10 *Franklin v. Murphy*, 245 F.2d 1221, 1228 n.9 (9th Cir. 1984).
11     **IT IS SO ORDERED**.

13 DATED:  April 17, 2012

          Hon. Michael M. Anello
          United States District Judge